UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  CHAPTER 13
BRUCE E. SCHUBBE
BEVERLY K. SCHUBBE  CASE NO. 09-72669

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** JPMorgan Chase    **Court claim #:** (if known) 7

**Last four digits** of any number used to identify the debtor's account: 3331

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $7,461.98 |
| Amount Paid by Trustee | $7,461.98 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐  Thru the Chapter 13 Plan     ☒  Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  August 24, 2012      /s/Lydia S. Meyer
                             Lydia S. Meyer, Trustee
                             308 W. State St., Suite 212
                             Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 24th Day of August, 2012.

Dated:  August 24, 2012      /s/Cynthia K. Burnard

JPMORGAN CHASE BANK, N.A.
3415 VISION DRIVE
OH-7133
COLUMBUS, OH 43219

CHASE RECORDS CENTER
ATTN: CORRESPONDENCE MAIL
MAIL CODE LA4-5555 700 KANSAS LANE
MONROE, LA 71203

PIERCE AND ASSOCIATES
ATTORNEYS AT LAW
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

EMC MORTGAGE CORPORATION
C/O CT CORPORATION SYSTEM
208 SOUTH LASALLE ST., SUITE 814
CHICAGO, IL 60604

BRIAN A. HART LAW OFFICES, PC
BRIAN A. HART
1410 N. MAIN STREET
ROCKFORD, IL 61103

BRUCE E. SCHUBBE
BEVERLY K. SCHUBBE
1426 LABELLE AVENUE
ROCKFORD, IL 61101